ACCEPTED
02-18-00130-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 10:20 AM
DEBRA SPISAK
CLERK

# IN THE COURT OF APPEALS
## FOR THE SECOND DISTRICT OF TEXAS
## FORT WORTH, TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/25/2018 10:20:35 AM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| **MAHMOUD ABDALLA** | § | No. 02-18-00130-CV |
| Appellant/Plaintiff, | § | |
| | § | Appeal from the 17th District Court, |
| v. | § | Fort Worth, Texas |
| | § | |
| **FARMERS INS. EXCHANGE,** | § | Trial Court No. 017-269661-13 |
| Appellee/Defendant. | § | |

## APPELLANT'S MOTION TO EXTEND DATE
## TO FILE CLERK'S RECORD

TO THE HONORABLE SECOND COURT OF APPEALS:

Appellant Abdalla moves that the Court extend the deadline to file the Clerk's Record from its due date of May 24, 2018 to June 8th, thereby providing a reasonable opportunity to cure his deficiency under TEX. R. APP. P. 37.3(b), as follows:

1.    Appellant filed his Notice of Appeal on April 12, 2018, and has acted *pro se* until the undersigned agreed to assist him today.

2.    Appellant noted that he must cause the record of the trial to be filed, but did not recognize that there exists two different records to be obtained. The docket notes that Appellant dutifully caused the reporter's record to be filed on May 11, 2018.

3.    Appellant came to the undersigned's office late afternoon of May 24, 2018 to obtain representation in this appeal, and learned at nearly 6 p.m. during his initial consultation that the Clerk's Record was also a required filing in this appeal.

4.    Appellant asks the Court of Appeals to allow him an additional two weeks to pay for the Clerk's Record and ensure that it is filed, and asserts that his previous non-trivial payment of the filed Reporter's Record gives evidence that he is taking his duties as the appellant seriously and that this honorable Court should allow him to cure this deficiency before dismissal based on TEX. R. APP. P. 37.3(b).

5.    This is the first time that appellants have requested an extension.

6.    This motion to extend has no certificate of conference because the undersigned was not part of the case until after 6 p.m. and business hours had closed.

7.    The supporting unsworn declaration of the undersigned follows post-signature.

**PRAYER**

Appellant asks the Court to allow him to file the Clerk's Record to June 8, 2018.

Filed: May 24, 2018             Respectfully,

_____
Warren V. Norred, SBN 24045094
Norred Law PLLC
515 E. Border; Arlington, TX 76010
Office: 817-704-3984; Fax: 817.524.6686

**CERTIFICATE OF SERVICE** - This is to certify that I served the foregoing to opposing counsel by the Court's ECF system.

_____
Warren Norred, SBN 24045094

## Declaration of Warren V. Norred

"My name is Warren V. Norred and my date of birth is February 21, 1963. My work address is 515 E. Border, Arlington, TX 76010. I have familiarized myself with the facts stated in the above *Appellant's Motion To Extend Date To File Clerk's Record* and I have personal knowledge of the relevant facts stated within it, which I declare under penalty of perjury are true and correct."

Executed in Tarrant County, State of Texas on May 24, 2018.

/s/Warren V. Norred
Warren V. Norred